# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JOHN J. SMITH, ADC #154230**                                                                 **PLAINTIFF**

**v.**                          **Case No. 2:20-cv-00009-KGB-JJV**

**JEREMY ANDREWS,** *et al.*                                                                 **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff John J. Smith's complaint and amended complaint are dismissed without prejudice (Dkt. Nos. 2, 5). The relief sought is denied.

So adjudged this 30th day of September, 2021.

_____
Kristine G. Baker
United States District Judge