**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JOHN J. SMITH**
**ADC #154230** **PLAINTIFF**

**v.** **Case No. 2:20-cv-00009-KGB-JJV**

**JEREMY ANDREWS, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court is a Partial Recommended Disposition ("Partial Recommendation") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 115). Plaintiff John J. Smith objected to the Partial Recommendation (Dkt. No. 116). Defendants Warden Jeremy Andrews, former Arkansas Department of Correction ("ADC") director Wendy Kelley, Warden James Dycus, Deputy Warden Emmer Branch, Captain Tiffany Munn Williams, and Lieutenant Leroy Golatt (collectively "Defendants") have not filed objections to the Partial Recommendation, and the time to do so has passed.

Smith objects to the Partial Recommendation only insofar as the Partial Recommendation states that "Plaintiff's end of the North Hall, which was called Zone 3, contained barracks 17 and 18, which was across the hall from barracks 19 and 20. There was a control booth between barracks 17 and 18, and a second control booth between barracks 19 and 20." (*Id.*, ¶¶ 2, 3; *see* Dkt. No. 115, at 2–3). Smith represents that the statement by Judge Volpe in the Partial Recommendation incorrectly describes the locations of barracks 17, 18, 19, and 20 because barracks 17 and 19 are next to each other on the same side of the hallway, barracks 18 and 20 are next to each other on the other side of the hallway, there is a control booth between barracks 17 and 19, and there is a control booth between barracks 18 and 20 (Dkt. No. 116, ¶ 4).

After a review of the record, the Court agrees with Smith's description of the control booths and barracks 17, 18, 19, and 20 (*See* Dkt. No. 110, ¶¶ 9, 10). The Court, therefore, declines to adopt the Partial Recommendation's description of the control booths and barracks 17, 18, 19, and 20.

After a careful review of the record, including the objections filed by Smith, and consistent with the terms of this Order, the Court adopts all other portions of the Partial Recommendation as this Court's findings of fact and conclusions of law. Accordingly, the Court adopts, in part, and declines to adopt, in part, the Partial Recommendation as set forth in this Order (Dkt. No. 116).

The Court grants, in part, and denies, in part, Defendants' motion for summary judgment consistent with the Recommendation (Dkt. No. 103). Smith's request for monetary damages from Defendants in their official capacities is dismissed with prejudice. Smith may proceed to a jury trial on Smith's failure to protect claims against Defendants based on inadequate security and locks as weapons. Smith's other failure to protect claims are dismissed without prejudice. The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 17th day of August, 2026.

Kristine G. Baker

Kristine G. Baker
Chief United States District Judge